# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RESHAN SAVAGE BEY** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 24-CV-1786 |
| | : | |
| **AYLSSA AMOROSO,** *et al.*, | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 12th day of December, 2024, upon consideration of Reshan Savage Bey's Amended Complaint (ECF No. 13) and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Bey's Fifth and Sixth Amendment claims against all Defendants, all claims against Defendant Grabov, and the claim against Defendant Bryan Carney based on Carney's testimony at a preliminary hearing are **DISMISSED, with prejudice.**.

2. The Clerk of Court is **DIRECTED** to terminate Grabov as a Defendant.

3. All further proceedings on Bey's remaining Fourth Amendment claims for false arrest and false imprisonment against Defendants Anthony Michetti and Bryan Carney are **STAYED** until Bey informs this Court that his related criminal proceeding has been resolved. The Clerk of Court is **DIRECTED** to place a **STAY** flag on the docket of this case.

4. If he seeks to pursue his claims, Bey must notify this Court **within thirty (30) days of the resolution of his related criminal case** that (a) the proceeding has been resolved; (b) how the proceeding resolved; and (c) whether he still intends to pursue the claims in the instant case. Failure to comply with this Order may result in dismissal of this case.

5. The Clerk of Court is **DIRECTED NOT TO ISSUE SUMMONSES** at this time.

6. The time to serve process under Fed. R. Civ. P. 4(m) is hereby extended to the date 90 days following the issuance of summonses by the Clerk of Court upon further order of the Court.

          **BY THE COURT:**
          */s/ Nitza I. Quiñones Alejandro*
          **NITZA I. QUIÑONES ALEJANDRO**
          *Judge, United States District Court*